1  SCOTT L. FROST, ESQ., CA Bar No. 258063
   scott@frostlawfirm.com
2  ANDREW SEITZ, ESQ., CA Bar No. 273165
3  andrew@frostlawfirm.com
   **FROST LAW FIRM, PC**
4  273 West 7th Street
5  San Pedro, CA 90731
   Tel.: (866) FLF-MESO
6  Fax: (833) FLF-MESO

7
8  and

9  JOHN M. CARON, ESQ., CA Bar No. 130633
   **THE LAW OFFICES OF WORTHINGTON & CARON, PC**
10 273 W. 7th Street
11 San Pedro, CA 90731
   Tel.:(310) 221-8090
12 Fax: (310) 221-8095

13
14 **Attorneys for Plaintiffs**

15                    UNITED STATES DISTRICT COURT
16                    CENTRAL DISTRICT OF CALIFORNIA
17                         LOS ANGELES DIVISION

| | |
|---|---|
| **GRANT COCHRAN,** *individually and as successor-in-interest to Decedent* **DEFORD COCHRAN**, **and CHARLENE COCHRAN, BRENT COCHRAN, CHRISTOPHER COCHRAN, DANIEL COCHRAN, EVAN COCHRAN, FLYNN COCHRAN**, and **HEATHER RODRIGUEZ**, *individually*,<br><br>          Plaintiffs,<br>   vs.<br><br>**AIR & LIQUID SYSTEMS CORPORATION** (*sued individually* | Case No. 2:21-cv-09612-MEMF-PD<br><br>**[PROPOSED] ORDER RE: STIPULATION OF PLAINTIFFS, DEFENDANTS RAYTHEON COMPANY AND NOKIA OF AMERICA CORPORATION TO EXTEND DEADLINE TO TAKE DEPOSITIONS OF PLAINTIFFS AS DAMAGES WITNESSES AND 30(B)(6) WITNESS DEPOSITIONS OF RAYTHEON AND NOKIA**<br><br>Courtroom:   8B<br>Judge:       Hon. Maame Ewusi-Mensah Frimpong |

1

*and as successor-in-interest to*
BUFFALO PUMPS, INC.), et al.

                Defendants.

## **ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation of the Parties.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                      Hon. Maame Ewusi-Mensah Frimpong
                                                      United States District Court Judge

# CERTIFICATE OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Frost Law Firm, PC whose business address is 273 West 7th Street, San Pedro, California 90731.

On February 22, 2023, I served the following document(s) in the following manner(s):

**[PROPOSED] ORDER RE: STIPULATION OF PLAINTIFFS, DEFENDANTS RAYTHEON COMPANY AND NOKIA OF AMERICA CORPORATION TO EXTEND DEADLINE TO TAKE DEPOSITIONS OF PLAINTIFFS AS DAMAGES WITNESSES AND 30(B)(6) WITNESS DEPOSITIONS OF RAYTHEON AND NOKIA**

On the following:

**ALL COUNSEL OF RECORD**

☒ (By CM/ECF) By transmitting electronically via CM/ECF the document(s) listed above as set forth on the electronic service list on this date before 11:59 p.m.

☐ (By E-Service) I electronically served the document(s) via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

☐ (By E-mail) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 22, 2023.

*/s/Kimberly Manalansan*
An Employee of Frost Law Firm, PC