Guy P. Glazier, 162628
E-mail: glazier@glazieryee.com
Laura P. Yee, 163944
E-mail: yee@glazieryee.com
Brian T. Clark, 184003
E-mail: clark@glazieryee.com
Deborah M. Parker, 228203
E-mail: parker@glazieryee.com
Jarred M. Conforte, 297890
E-mail: conforte@glazieryee.com
GLAZIER YEE LLP
707 Wilshire Boulevard, Suite 2025
Los Angeles, California 90017
Telephone: 213-312-9200
Facsimile: 213-312-9201

Attorneys for Defendant
Lockheed Martin Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GRANT COCHRAN, et al., | CASE NO. 2:21-cv-09612-MEMF-PD |
|---|---|
| Plaintiffs, | |
| v. | **DEFENDANT LOCKHEED MARTIN CORPORATION'S REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC SERVICE** |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | Hon. Maame Ewusi-Mensah Frimpong Courtroom 8B |
| | Complaint Filed: December 10, 2021 |

TO THE CLERK OF THE COURT AND TO ALL COUNSEL OF RECORD:

Defendant Lockheed Martin Corporation hereby requests the Clerk to remove Defendant Lockheed Martin Corporation from receiving the Court's ECF notifications at the following email addresses:

clark@glazieryee.com

parker@glazieryee.com

GLAZIER YEE LLP

1
**REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC SERVICE**

    Lockheed Martin Corporation was dismissed from this action under Docket No. 102 by Order Granting Defendant Lockheed Martin Corporation's Request for Judicial Notice [ECF Nos. 94-5] and Motion to Dismiss Complaint Without Leave to Amend [ECF No. 94]. A copy of the Order is attached for the Clerk's reference as Exhibit A.

Dated: February 27, 2023

Respectfully submitted,

GLAZIER YEE LLP

By: _____
Deborah M. Parker, SBN 228203

Attorneys for Defendant
Lockheed Martin Corporation

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the below noted date, the aforementioned document was electronically filed with the Clerk of the Court of the United States District Court, Central District of California using the ECF system which sent notification of such filing to all counsel of record.  This document is now available for viewing and downloading from the ECF system.

Dated:  February 27, 2023

GLAZIER YEE LLP

*/s/    Deborah M. Parker*
Deborah M. Parker (SBN 228203)
Glazier Yee LLP
707 Wilshire Boulevard, Suite 2025
Los Angeles, California  90017
(213) 312-9200
parker@glazieryee.com

Attorneys for Defendant

Lockheed Martin Corporation