MICHAEL J. PIETRYKOWSKI, (SBN: 118677)
mpietrykowski@grsm.com
JAMES G. SCADDEN, (SBN: 090127)
jscadden@grsm.com
GLEN R. POWELL, (SBN: 219453)
gpowell@grsm.com
BARTEK R. REJCH (SBN: 267823)
brejch@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

Attorneys for Defendant
AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to
BUFFALO PUMPS, INC.

*Gordon Rees Scully Mansukhani, LLP*
*1111 Broadway, Suite 1700*
*Oakland, CA 94607*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT COCHRAN, individually and as successor-in-interest to Decedent DEFORD COCHRAN, and CHARLENE COCHRAN, BRENT COCHRAN, CHRISTOPHER COCHRAN, DANIEL COCHRAN, EVAN COCHRAN, FLYNN COCHRAN, and HEAHTER RODRIGUEZ, individually, et al.; <br><br> Plaintiffs, <br><br> vs. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | CASE NO. 2:21-cv-09612-MEMF-PD <br><br> **NOTICE OF APPEARANCE OF BARTEK R. REJCH ON BEHALF OF AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney enters his

appearance as attorney of record for defendant AIR & LIQUID SYSTEMS

CORPORATION, as successor by merger to BUFFALO PUMPS, INC. in the

-1-
NOTICE OF APPEARANCE

1   above-captioned matter and requests that all future correspondence, pleadings,

2   and notices be sent to the below-referenced address and/or email address:

3       BARTEK R. REJCH, (SBN: 267823)
        GORDON REES SCULLY MANSUKHANI, LLP
4       1111 Broadway, Suite 1700
        Oakland, CA  94607
5       Telephone:  (510) 463-8600
        Facsimile:   (510) 984-1721
6
7       Email:  brejch@grsm.com

8

9   Dated:  October 12, 2023        GORDON REES SCULLY MANSUKHANI, LLP

10

11                          By: /s/ *Bartek R. Rejch*_____
                                MICHAEL J. PIETRYKOWSKI
12                              JAMES SCADDEN
                                GLEN R. POWELL
13                              BARTEK R. REJCH
                                 Attorneys for Defendant
14                              AIR & LIQUID SYSTEMS
                                CORPORATION, as successor by merger
15                              to BUFFALO PUMPS, INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

*Gordon Rees Scully Mansukhani, LLP*
*1111 Broadway, Suite 1700*
*Oakland, CA 94607*

1

**CERTIFICATE OF SERVICE**

2

3      I hereby certify that on the 12th day of October, 2023, I electronically filed the

4 above with the Clerk of the Court by using the CM/ECF system which will send

5 a notification to all counsel of record.

6                                                            */s/ Isabel Lopez*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Rees Scully Mansukhani, LLP**
**1111 Broadway, Suite 1700**
**Oakland, CA 94607**